# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3508

_____

| | | |
|---|---|---|
| Hollis J. Larson, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| David Crist; David Corbo; | * | |
| Pat Lais; Michael Seath; Ronald | * | [UNPUBLISHED] |
| Schwindel; John Doe; Jeffrey | * | |
| White; Eric Hennen; John Sofie; | * | |
| Chris Chute; Athanasios Chronakos; | * | |
| Jessica Serowiecki; Michael Spah; | * | |
| Suzette Borst; Harley Nelson; Cari | * | |
| Gerlicher; Monica Lais; T. Boone, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: January 22, 2009
Filed: January 28, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Minnesota inmate Hollis Larson appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action and the denial of his motion for default judgment.[2] Following careful review of the record and the briefs, see Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment reviewed de novo); Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 856 (8th Cir. 1996) (denial of default judgment reviewed for abuse of discretion), we find no grounds for reversal, and we affirm for the reasons stated by the district court. See 8th Cir. R. 47B. We deny Larson's pending motions.

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.

[2]In his notice of appeal, Larson designates for appeal various other rulings by the district court but he does not raise any of these matters in his opening brief. See Ahlberg v. Chrysler Corp., 481 F.3d 630, 634 (8th Cir. 2007) (points not meaningfully argued in opening brief are deemed waived).